

October 14, 2015

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE REGULAR GRAND JURY THE  January 7, 2015  TERM 15-1. | ) **MINUTES OF COURT** ) ) DATE: October 14, 2015 )         at 1:02 - 1:30 p.m. |

PRESENT:  The Honorable            CARL W. HOFFMAN           , United States Magistrate Judge

DEPUTY CLERK:  Alana Kamaka                                    REPORTER:   Bonnie Terry

ASSISTANT UNITED STATES ATTORNEY:  Kathryn Newman      COURTROOM:  3C

PROCEEDINGS:

　　　　Roll of the Regular Grand Jury is taken with  **18**  members present which constitutes a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

　　　　On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed.  There is  **-1-**  sealed indictment.

　　　　On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

**2:15-cr-286**        **SEALED (5 DEFENDANTS)**                                                        **WARRANTS (5)**

**2:15-cr-287**        **ORLANDO RETES-LOPEZ**                                                            **WARRANT**

　　　　An Emergency Motion to Unseal Indictment upon the first arrest of a defendant in Sealed case 2:15-cr-286 was provided to the Court by the government.  AUSA Newman requested the Judge grant the motion.  Court **SO ORDERED** same.  The Order was signed by Magistrate Judge Hoffman in open court and is filed separately.

　　　　The Arraignment and Plea as to the defendants in these cases will be held at the time of the Initial Appearance.

　　　　　　　　　　　　　　　　　　　　LANCE S. WILSON, Clerk
　　　　　　　　　　　　　　　　　　　　United States District Court


　　　　　　　　　　　　　　　　　　　　By  /s/ Alana Kamaka
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk