# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> RONALD DEFUSCO, ) <br> ) <br> Defendant. ) <br> ) | 2:15-cr-00286-LDG-VCF-4 <br><br><br><br> **AMENDED** ORDER |

On May 4, 2017, this Court granted the Motion to Withdraw as Attorney of record (doc. 119).

Accordingly, IT IS HEREBY ORDERED that Kathleen Bliss, is APPOINTED as counsel for Ronald Defusco in place of Mark B. Bailus's Office for all future proceedings.

Mark B. Bailus's office shall forward the file to Ms. Bliss forthwith.

DATED this 9th day of June, 2017.
Nunc Pro Tunc: May 2, 2017.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE