NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
DANIEL R. SCHIESS
Nevada Bar Number 5483
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336 / Fax: (702) 388-6418
dan.schiess@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-286-RFB-VCF-4 |
| Plaintiff, | **Motion to Dismiss the Indictment Without Prejudice as to Defendant Ronald Defusco** |
| v. | |
| RONALD DEFUSCO, | |
| Defendant. | |

The government, having reviewed the evidence against Defendant Ronald Defusco as it stands today, believes it is in the interests of justice that the charges against Defusco be dismissed. Accordingly, pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of the Court to dismiss without prejudice the Indictment in the above-captioned case as to Defendant Ronald Defusco only.

Respectfully submitted this 7th day of June, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Daniel R. Schiess*
DANIEL R. SCHIESS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALD DEFUSCO,<br><br>Defendant. | Case No. 2:15-cr-286-RFB-VCF-4<br><br>[Proposed] **Order Dismissing the Indictment Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the government hereby dismisses without prejudice the Indictment in the above-captioned case as to Defendant Ronald Defusco only.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Daniel R. Schiess*
DANIEL R. SCHIESS
Assistant United States Attorney

DATED this __10th__ day of __June__, 2019.

_____
HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that on June 7, 2019, I electronically served on Counsel of Record the above **Motion to Dismiss the Indictment Without Prejudice as to Defendant Ronald Defusco** by filing it with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

*s/ Daniel R. Schiess*
DANIEL R. SCHIESS
Assistant United States Attorney
